Ex. No. 838. STATE *v*. RENO CASSINO. Motion to amend Order entered on October 6, 1970 is granted, and pursuant thereto Attorney General may present a form of amended order. *Richard J. Israel*, Attorney General, *Donald P. Ryan*, Asst. Attorney General, for plaintiff.

Ex. &c. Nos. 913, 914, 915. STATE *v*. JOHN EDWARD CARILLO. Motion for leave to reargue denied. Powers, J., not participating. *Herbert F. DeSimone*, Attorney General, *Donald P. Ryan*, Asst. Attorney General, for plaintiff. *John Edward Carillo*, pro se.

APPEAL No. 988. LEE RICHARD GILBERT, *p.p.a. et al. v*. RAYMOND A. GIRARD *et al*. Motion for leave to reargue denied. Roberts, C.J., not participating. *Abatuno & Chisholm, Alfred G. Thibodeau*, for plaintiffs. *Albert E. Tondreau*, for defendant Del A. Girard; *Edward I. Friedman, Quentin J. Geary*, for defendants Arthur Girard and Mildred Girard.

APPEAL No. 1217. NICHOLAS STRAFACH *et al. v*. RICHARD A. GRAY *et al*. Motion of defendants to dismiss appeal of plaintiffs granted. *Cappuccio & Cappuccio, Louis B. Cappuccio*, for plaintiffs. *Keenan, Rice, Dolan & Reardon, John T. Keenan*, for defendants.

## February 10, 1971.

M. P. No. 994. GRACE M. TAVERNIER *v*. JOHN F. MCBURNEY, *Executor*. Petition for certiorari whereby Aetna Insurance Company seeks review of Superior Court order making it a party to two pending probate appeals. On oral argument it was disclosed the order had been rescinded, hence, by agreement, moot. Petition denied and dismissed and writ quashed. *Hinckley, Allen, Salisbury & Parsons, Robert W. Lovegreen*, for Aetna Insurance Company, petitioner. *John F. McBurney*, Executor, pro se.